IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| LARRY CHRISTENSEN and JUSTIN REED, | § § § § | |
| *Plaintiffs,* | § § | |
| VS. | § § § | CIVIL ACTION NO. 9:23-CV-00114 |
| CITY OF LUFKIN, TEXAS; JESSE MOODY, in his official and individual capacities; and ADRIANA THOMASEE, in her official capacity as Civil Service Director, | § § § § § § § | JUDGE MICHAEL J. TRUNCALE |
| *Defendants.* | § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Plaintiffs and City of Lufkin Defendants'[1] (hereinafter collectively referred to as the "Parties") Joint Motion and Order to Dismiss All Claims With Prejudice. [Dkt. 25]. The Parties advise the Court that they have reached a compromise and settlement of all Plaintiffs' claims against Defendants in this litigation and now seek a dismissal with prejudice relating thereto.

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, and the Parties shall bear their own attorney's fees and costs.

It is further **ORDERED** that all Court dates and deadlines are hereby **VACATED**, and all other pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 10th day of May, 2024.**

_____
Michael J. Truncale
United States District Judge

---

[1] The Court previously dismissed all claims against the City of Lufkin, Chief Moody in his Official Capacity, and Adriana Thomasee in her official capacity [Dkt. 23] and only the claims against Chief Moody, individually, remain pending. Pursuant to the Parties motion, this settlement is intended to foreclose all claims by Plaintiffs.